**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAUREN COMBS, | ) | |
| On behalf of Plaintiff and a class | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21 cv 50307 |
| | ) | |
| LDF HOLDINGS, LLC, | ) | |
| MIDWAASWI, LLC, and | ) | |
| JESSI LEE PHILLIPS LORENZO, | ) | |
| also known as Jessi Phillips Lorenzo, | ) | |
| formerly known as Jessi Lee Phillips | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Lauren Combs respectfully submits this notice to inform the Court that the Parties

have resolved this matter on an individual basis.  The Parties expect to file a stipulation of dismissal

within the next 45 days.  The Parties request that the Court stay all pending deadlines.

Respectfully submitted,
/s/*Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
David Kim (ARDC 6303707)
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603-3593
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com
dedelman@edcombs.com

1

<u>**CERTIFICATE OF SERVICE**</u>

I, Daniel A. Edelman, hereby certify that on Monday, October 11, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.


/s/*Daniel A. Edelman*
Daniel A. Edelman


Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
David Kim (ARDC 6303707)
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com