# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Lauren Combs
                    Plaintiff,

v.                                           Case No.: 3:21−cv−50307
                                             Honorable Iain D. Johnston

LDF Holdings, LLC, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 19, 2021:

    MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [17], the individual claims are dismissed with prejudice and the class claims are dismissed without prejudice. Each party is to bear its own costs and fees. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.